AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MICHAEL SHAFFER,

                      Plaintiff,

                      v.

CITY OF KENNEWICK, a municipal corporation; SCOTT THOMPSON, in his capacity as a police officer for the City of Kennewick, and as an individual; and JOHN DOE,

                      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5101-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants with prejudice pursuant to the Court's order entered on August 16, 2012, ECF No. 45.

August 16, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas